UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Lori Ann McHenry,**

    **Plaintiff,**

v.                                         Case No. 2:10–cv–510

**Michael J. Astrue, Commissioner**     Judge Michael H. Watson
**of Social Security,**                      Magistrate Judge King

    **Defendant.**

## ORDER

    On August 8, 2011, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner of Social Security be affirmed and that this action be dismissed. ECF No. 17. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

    The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The decision of the Commissioner of Social Security is **AFFIRMED**. This action is hereby **DISMISSED**.

    Pursuant to Sentence 4 of 42 U.S.C. § 405(g), the Clerk shall enter **FINAL JUDGMENT**.

    **IT IS SO ORDERED.**

                                                           _/s/ Michael H. Watson_
                                                         **MICHAEL H. WATSON, JUDGE**
                                                         **UNITED STATES DISTRICT COURT**